PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Karon LeGrande      **Docket Number:** 05-00879-001
    **PACTS Number:** 43949

**Name of Sentencing Judicial Officer:** HONORABLE William J. Martini

**Date of Original Sentence:** 04/24/2008

**Original Offense:** UNLAWFUL POSSESSION OF FIREARM BY CONVICTED FELON

**Original Sentence:** 45 months imprisonment; 3 years supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 11/26/08

**Assistant U.S. Attorney:** Melissa Jampol, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Lisa Mack, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1      The offender has violated the supervision condition which states '**You shall not commit another local, state, or federal crime while under supervision.**'

     On June 3, 2009, Mr. Legrande was arrested in Jersey City, New Jersey on charges of possession of a controlled dangerous substance, possession/distribution of a controlled dangerous substance near school property, distribution of a controlled dangerous substance within 500 feet of public housing.

     On April 13, 2010, the offender appeared in Hudson County Superior Court, under Indictment Number 1961-11-2009, and pled guilty to possession of a controlled dangerous substance within 1,000 feet of a school and conspiracy to distribute a controlled dangerous substance. On May 28, 2010, Mr. Legrande is scheduled to appear in Hudson County Superior Court for sentencing on these charges. He is being held in the Hudson County Correctional Institution in Kearny, New Jersey.

| | |
|---|---|
| 2 | The offender has violated the supervision condition which states '**You shall refrain from the excessive use of alcohol and shall not possess use distribute or administer any narcotic or other controlled substance, any paraphernalia related to such substances.**' |
| | Mr. Legrande submitted four urine samples which tested positive for illicit drug use. On March 16, 2009, April 28, 2009 and May 14, 2009, the offender submitted urine samples which tested positive for marijuana. On June 5, 2009, Mr. Legrande submitted a urine sample which tested positive for MDA and MDMA. The results of each urine test was confirmed by the National Testing Lab. |
| 3 | The offender has violated the supervision condition which states '**It is ordered that the defendant shall pay a special assessment of $100.00 for count 1, which shall be due immediately.**' |
| | As of this date, Mr. Legrande has not paid the $100 special assessment. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Kenneth W. Manuel
U.S. Probation Officer
Date: 4/20/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

4/27/10
Date

Dennis M. Cavanaugh
U.S. District Judge