UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA v. **Karon LeGrande**  Crim No. **05-879**
                                Defendant

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1.   **Karon LeGrande,SBI# 161514C,D.O.B. 6/25/1981** is now confined in **Hudson County Jail**

2.   **Karon LeGrande** will be required at the United States District Court before Hon. Dennis Cavanaugh on Monday, June 7, 2010 at 10:30am for Violation Hearing in the captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED:  June 1, 2010

                                /s/ Melissa L. Jampol
                                Melissa L. Jampol
                                Assistant United States Attorney
                                Petitioner - 973-645-2772

---

ORDER FOR WRIT:  Let the Writ Issue.

DATED: 1 JUNE 2010

                                HON. DENNIS M. CAVANAUGH
                                UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the **Hudson County Jail**. We Command You that you have the body of **Karon LeGrande, SBI# 161514C, DOB 6/25/1981** (by whatever name called or charged) now confined in Hudson County Jail brought to the United States District Court in Newark, New Jersey on Monday, June 7, 2010 at 10:30am for Violation Hearing in the above-captioned matter.  Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.


WITNESS the Honorable Dennis M. Cavanaugh
United States District Judge at Newark, N.J.


DATED: 1 JUNE 2010          WILLIAM T. WALSH
                            Clerk of the U.S. District Court
                            for the District of New Jersey

                      Per: _____
                            Deputy Clerk